Harry KLAG, Jr., Trustee of Charles Mayers, Bankrupt, Appellant, v. Samuel TEITZ and Myer Caplan, Appellees.

No. 4791.

Circuit Court of Appeals, Third Circuit.

July 1, 1932.

William J. Connor, of Trenton, N. J., for appellant.

I. Herbert Levy and Forman & Levy, all of Trenton, N. J., for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Finding no error in the court below holding that the landlord was entitled to preference for rent, the judgment below (1 F. Supp. 320) is affirmed.